. (November 22, 1955.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES CURCIO, Appellant, against JOSEPH NOLAN, Respondent.— Wenzel, Acting P. J., MacCrate, Beldock and Murphy, JJ., concur; Ughetta, J., not voting.

(November 28, 1955.)

JAMES FLYNN, Plaintiff, v. NEW YORK CITY OMNIBUS CORPORATION, Defendant and Third-Party Plaintiff-Appellant. B. F. GOODRICH COMPANY, Third-Party Defendant-Respondent.— Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

In the Matter of SAUL LERNER et al., Appellants, against JOHN C. YOUNG, as Chief Building Inspector of the Town of Hempstead, et al., Respondents.—